

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2020

No. 04-19-00866-CV

**IN THE INTEREST OF C.D.**, a Child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02739
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

The Department's brief was due on February 27, 2020. *See* TEX. R. APP. P. 38.6(b). After the due date, the Department filed a first motion for a ten-day extension of time to file its brief.

The motion is GRANTED. The Department's brief is due on March 9, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court